1  SEYFARTH SHAW LLP
   Laura Maechtlen (SBN 224923)
2  lmaechtlen@seyfarth.com
   Tamara Fisher (SBN 238170)
3  tafisher@seyfarth.com
   William David (SBN 302016)
4  wdavid@seyfarth.com
   560 Mission Street, 31st Floor
5  San Francisco, California 94105
   Telephone:     (415) 397-2823
6  Facsimile:     (415) 397-8549

7  SEYFARTH SHAW LLP
   Pamela Q. Devata (*Pro Hac Vice*)
8  E-mail:  pdevata@seyfarth.com
   131 South Dearborn Street, Suite 2400
9  Chicago, Illinois 60603
   Telephone:     (312) 460-5000
10 Facsimile:     (312) 460-7000

11 Attorneys for Defendant
   URS CORPORATION
12

13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  MICHAEL HUNTER, individually, and on behalf of a class of similarly situated persons, | Case No. 3:15-cv-2300 CRB |
| 18  Plaintiff, | **SUBSTITUTION OF ATTORNEY AND ORDER** |
| 19  v. | |
| 20  URS CORPORATION, | |
| 21  Defendant. | |

23

24     NOTICE IS HEREBY GIVEN that, subject to approval by the court, Defendant URS

25 Corporation substitutes Laura Maechtlen, State Bar No. 224923, a Partner with Seyfarth Shaw, LLP,

26 560 Mission Street, Suite 3100, San Francisco, CA  94105; telephone 415/397-2823; facsimile

27 415/397-8549; lmaechtlen@seyfarth.com, as counsel of record in place of Richard Keith Chapman.

28

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER / CASE NO. 3:15-CV-2300 CRB

I consent to the above substitution.

DATED: August 14, 2015                                  Respectfully submitted,

                                                     URS CORPORATION

By: /s/ *Gilda Malek*
                            Gilda Malek
Vice President, Assistant General Counsel,
Labor & Employment
URS CORPORATION

I consent to being substituted.

DATED: August 14, 2015                                  Respectfully submitted,

                                                     LITTLER MENDELSON, P.C.

By: /s/ *R. Keith Chapman*
                            R. Keith Chapman
Attorneys for Defendant
URS CORPORATION

I consent to the above substitution.

I attest that concurrence in the filing of the document has been obtained from each of the signatories, which shall serve in lieu of their signatures on the document.

DATED: August 20, 2015                                  Respectfully submitted,

                                                     SEYFARTH SHAW LLP

By: /s/ *Laura Maechtlen*
                            Laura Maechtlen
Pamela Q. Devata (*Pro Hac Vice*)
Tamara Fisher
William David
Attorneys for Defendant
URS CORPORATION

///

///

///

**ORDER**

The substitution of attorney is hereby approved.

SO ORDERED.

Date:   August 21, 2015

_____
CHARLES R. BREYER
Senior District Judge
US District Court, Northern California