1   TATAR LAW FIRM, APC
    Stephanie R. Tatar (CA Bar No. 237792)
2   *Stephanie@thetatarlawfirm.com*
    3500 West Olive Avenue, Suite 300
3   Burbank, CA 91505
    Telephone: (323) 744-1146 / Facsimile: (888) 778-5695
4
    Attorney for Plaintiff Michael Hunter and the Proposed Classes
5   Additional attorneys on signature page

6   SEYFARTH SHAW LLP
    Laura J. Maechtlen (CA Bar No. 224923)
7   *lmaechtlen@seyfarth.com*
    Tamara Fisher (CA Bar No. 238170)
8   *tafisher@seyfarth.com*
    William David (CA Bar No. 302016)
9   *wdavid@seyfarth.com*
    560 Mission Street, 31st Floor
10  San Francisco, California 94105
    Telephone: (415) 397-2823 / Facsimile: (415) 397-8549
11
    Attorneys for Defendant URS Corporation
12  Additional attorney on signature page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL HUNTER, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>URS CORPORATION,<br><br>Defendant. | Case No. 3:15-cv-2300 (CRB)<br><br>**STIPULATION AND ORDER REGARDING CASE MANAGEMENT CONFERENCE**<br><br>Date: August 28, 2015<br>Judge: Judge Charles R. Breyer<br>Courtroom: 6, 17th Floor<br>Complaint Filed: May 21, 2015<br>Answer Filed: July 31, 2015 |

WHEREAS, Plaintiff Michael Hunter ("Plaintiff") filed his Complaint in this matter on May 21, 2015 (Dkt. No. 1);

WHEREAS, Defendant URS Corporation ("Defendant") filed its Answer on July 31, 2015 (Dkt. No. 21);

WHEREAS, on August 13, 2015, the Court set a Case Management Conference for August 28, 2015 (Dkt. No. 30);

1  WHEREAS, due to schedules of counsel for the Plaintiff, including previously scheduled
2  vacations, existing litigation deadlines, and a trial during the week of August 24-28, counsel for
3  Plaintiff is not available to appear on August 28, 2015;

4  WHEREAS, Plaintiff and Defendant (collectively, the "Parties") have met and conferred and
5  agreed to a two-week extension of the Case Management Conference;

6  WHEREAS, the Parties have met and conferred and contemporaneously submit a Joint Case
7  Management Conference and Proposed Order;

8  WHEREAS, the Parties jointly propose that the Case Management Conference be moved
9  from August 28, 2015 until September 11, 2015;

10  IT IS HEREBY STIPULATED by and between the parties, through their respective counsel
11  of record, that the date of the Case Management Conference in this matter be moved from August 28,
12  2015 to September 11, 2015.

13  Respectfully submitted,

14

15  DATED: August 21, 2015           FRANCIS & MAILMAN, PC
                               By:   */s/ James A. Francis*
16                                   James A. Francis
17                                   John Soumilas
                                     Stephanie Tatar
18                                   Sarah R. Schalman-Bergen
                                     Shanon J. Carson
19
                                     FRANCIS & MAILMAN, P.C.
20                                   James A. Francis, (PA Bar No. 77474)*
                                     *jfrancis@consumerlawfirm.com*
21                                   John Soumilas (PA Bar No. 84527)*
                                     *jsoumilas@consumerlawfirm.com*
22                                   100 S. Broad Street, 19th Floor
23                                   Philadelphia, PA 19110
                                     Telephone: (215) 735-8600
24                                   Facsimile: (215) 940-8000

25
                                     BERGER & MONTAGUE, P.C.
26                                   Sarah R. Schalman-Bergen (PA Bar No. 206211)*
                                     *Sschalman-bergen@bm.net*
27                                   Shanon J. Carson (PA Bar No. 85957)*
                                     *scarson@bm.net*
28

2

|   |   |
|---|---|
|   | 1622 Locust Street |
|   | Philadelphia, PA 19103 |
|   | Telephone: (215) 875-3053 |
|   | Facsimile: (215) 875-4604 |
|   | *admitted *pro hac vice* |
|   |   |
|   | *Attorneys for Plaintiff Michael Hunter and the Proposed Classes* |

DATED:  August 21, 2015            SEYFARTH SHAW LLP

By:   */s/ Laura J. Maechtlen*
      Laura J. Maechtlen
      Pamela Q. Devata*
      Tamara Fisher
      William David


      SEYFARTH SHAW LLP
      Pamela Q. Devata (IL Bar No. 6275731)*
      pdevata@seyfarth.com
      131 South Dearborn Street, Suite 2400
      Chicago, Illinois  60603
      Telephone: (312) 460-5882
      Facsimile: (312) 460-7882
      *admitted *pro hac vice*

      *Attorneys for Defendant*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

Upon consideration of the parties' stipulation to change the date of the initial Case Management Conference in this matter, the parties are ordered to appear for a Case Management Conference on September 11, 2015.

**IT IS SO ORDERED.**

Date: August 25, 2015

_____
District Judge Charles R. Breyer