TATAR LAW FIRM, APC
Stephanie R. Tatar (CA Bar No. 237792)
*Stephanie@thetatarlawfirm.com*
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146 / Facsimile: (888) 778-5695

Attorney for Plaintiff Michael Hunter and the Proposed Classes
Additional attorneys on signature page

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUNTER, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>URS CORPORATION,<br><br>Defendant. | Case No. 3:15-cv-2300 (CRB)<br><br>**JOINT STIPULATION AND ORDER REGARDING BRIEFING ON DEFENDANT'S MOTION TO TRANSFER VENUE**<br><br>Judge: Hon. Charles R. Breyer |

WHEREAS, during the Case Management Conference held by the Court on September 11, 2015, Defendant URS Corporation ("Defendant") expressed its intent to file a Motion to Transfer this litigation (the "Motion");

WHEREAS, during the September 11, 2015 Case Management Conference, counsel for Plaintiff Michael Hunter ("Plaintiff") stated that Plaintiff will need certain discovery in order to meaningfully respond to any motion to transfer; Complaint;

WHEREAS, the Court's Order following the Case Management conference (Dkt. No. 42) directed Defendant to file the Motion by September 25, 2015, and set a November 20, 2015 hearing date, but did not set further discovery or briefing deadlines;

WHEREAS, on September 25, 2015, Defendant filed a Motion to Transfer Venue (Dkt. No. 43), including declarations by three witnesses;

WHEREAS, on September 29, 2015, Plaintiff served written discovery requests and deposition notices seeking information, documents, and testimony which he contends is necessary to properly respond to the Motion, including deposition of the declarants supporting the Motion;

WHEREAS, Defendant provided objections and responses to Plaintiff's discovery requests and deposition notices on October 5, 2015;

WHEREAS, and the Parties subsequently met and conferred regarding Defendant's responses on October 22, 2015, and Defendant provided supplemental information thereafter, up to and including October 30, 2015;

WHEREAS, the deadline for Plaintiff to oppose the Motion was set for October 9, 2015 pursuant to L.R. 7-3(a);

WHEREAS, the parties stipulated that Plaintiff's Opposition to the Motion would be due October 30, 2015, with any Reply by Defendant due November 13, 2015;

WHEREAS, Plaintiff's Opposition to Defendant's Motion is currently due October 30, 2015;

WHEREAS, the Parties have met and conferred and jointly propose that Plaintiff's Opposition to the Motion be due November 6, 2015, with any Reply by Defendant due November 20, 2015;

WHEREAS, the hearing on the Motion is currently set for November 20, 2015;

WHEREAS, the Parties propose that the hearing on the Motion be set for December 4, 2015;

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that Plaintiff's deadline to file an Opposition to Defendant's Motion to Transfer Venue (Dkt. No. 43) is set for November 6, 2015, and Defendant's deadline to file a Reply is November 20, 2015.

Respectfully submitted,

DATED: October 30, 2015

FRANCIS & MAILMAN, PC

By:   */s/ James A. Francis*
James A. Francis
John Soumilas

2

Stephanie Tatar
Sarah R. Schalman-Bergen
Shanon J. Carson

FRANCIS & MAILMAN, P.C.
James A. Francis, (PA Bar No. 77474)*
*jfrancis@consumerlawfirm.com*
John Soumilas (PA Bar No. 84527)*

*jsoumilas@consumerlawfirm.com*
100 S. Broad Street, 19th Floor
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

BERGER & MONTAGUE, P.C.
Sarah R. Schalman-Bergen (PA Bar No. 206211)*
*Sschalman-bergen@bm.net*
Shanon J. Carson (PA Bar No. 85957)*
*scarson@bm.net*
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3053
Facsimile: (215) 875-4604
*admitted *pro hac vice*

*Attorneys for Plaintiff Michael Hunter and the Proposed Classes*

DATED: October 30, 2015          SEYFARTH SHAW LLP

                        By:    */s/ Tamara Fisher*
                               Laura J. Maechtlen
                               Pamela Q. Devata*
                               Tamara Fisher
                               William David

                               SEYFARTH SHAW LLP
                               Pamela Q. Devata (IL Bar No. 6275731)*
                               pdevata@seyfarth.com
                               131 South Dearborn Street, Suite 2400
                               Chicago, Illinois 60603
                               Telephone: (312) 460-5882
                               Facsimile: (312) 460-7882
                               *admitted *pro hac vice*

                               *Attorneys for Defendant*

## <u>ORDER</u>

Upon consideration of the parties' stipulation, it is hereby ordered that Plaintiff's deadline to file an Opposition to the Motion to Transfer Venue is November 6, 2015, and Defendant's deadline to file a Reply is November 20, 2015.

**IT IS SO ORDERED.**

Date:  Nov. 3, 2015_____         _____

District Judge Charles R. Breyer